REBECCA EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: reisen@morganlewis.com

BRIAN LEE JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC., PETRO-CHEMICAL TRANSPORT, LLC and KENAN ADVANTAGE GROUP, INC.

JERRY N. BUDIN, State Bar No. 88539
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Tel: 209.544.3030
Fax: 209.544.3144

Attorneys for Plaintiffs
ENRIQUE ENCISCO, individually and on behalf of
all others similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO-CHEMICAL TRANSPORTATION, INC.; PETRO-CHEMICAL TRANSPORTATION, LLC; KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:08-CV-01170-LJO-DLB<br><br>**PARTIES' STIPULATION AND ORDER TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL PURSUANT TO L.R. 39-141**<br><br>Dept.: 4<br>Judge: Hon. Lawrence J. O'Neill |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887825.1

PARTIES' STIP. AND [PROPOSED] ORDER
TO FILE CONFID. SETTL. AGREE. UNDER
SEAL – CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiff Enrique Encisco brought this action brought pursuant to the Fair Labor Standards Act ("FLSA") for unpaid overtime compensation;

WHEREAS, the parties have negotiated a confidential settlement of the Plaintiff's action;

WHEREAS, under the FLSA, the parties must submit the settlement agreement to the Court for its review and approval before this action can be dismissed (*See Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982);

WHEREAS, the parties have met and conferred regarding the necessity of keeping the terms of the settlement agreement confidential, and agree that the settlement agreement should be filed under seal to protect the confidentiality of its terms because there is significant risk that the settlement will falter if it is not kept confidential;

WHEREAS, it is well-established that confidential settlement agreements should be sealed when necessary to promote settlement or preserve the parties' desired confidentiality (*See City of Hartford v. Chase*, 942 F.2d 130, 135 (2nd Cir. 1991) ("a federal judge has the power to prevent access to settlement negotiations [by sealing settlement documents] when necessary to encourage the amicable resolution of disputes"); *In re Franklin Nat'l Bank Sec. Litigation*, 92 F.R.D. 468, 471-72 (E.D.N.Y. 1981) (refusing to unseal settlement documents and noting that "secrecy of settlement terms . . . is a well-established American litigation practice"); *Gilmore v. Nationwide Ins. Co. of Am.*, 2006 U.S. Dist. LEXIS 88919 (M.D. Ala. December 8, 2006) (approving parties' request to seal confidential settlement agreement submitted for court approval in FLSA case); *Viada v. Osaka Health Spa, Inc.*, 2006 U.S. Dist. LEXIS 84744 (S.D.N.Y. June 27, 2006) (same);

WHEREAS, it is within the Court's discretion to grant the parties' request that they be permitted to file their confidential settlement agreement under seal (*See Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (*citing, Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 599 (1978));

THEREFORE, the parties, by and through their attorneys of record, hereby stipulate to, and respectfully request the Court's approval for, the following:

1.  Pursuant to Civil L.R. 39-141, the parties shall be permitted to file their

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887825.1         2         PARTIES' STIP. AND [PROPOSED] ORDER TO FILE CONFID. SETTL. AGREE. UNDER SEAL – CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com

confidential settlement agreement under seal and the Clerk shall seal the parties' confidential settlement agreement.

Dated: December 3, 2008             MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Brian L. Johnsrud
    Brian Lee Johnsrud
    Attorneys for Defendants
    PETRO-CHEMICAL TRANSPORT, INC.,
    PETRO-CHEMICAL TRANSPORT, LLC
    and KENAN ADVANTAGE GROUP,
    INC.

Dated: November 11, 2008            LAW OFFICE OF JERRY BUDIN


By: /s/ Jerry Budin
    Jerry Budin
    Attorney for Plaintiff
    ENRIQUE ENCISCO, individually and on
    behalf of all others similarly-situated

## **ORDER**

GOOD CAUSE APPEARING from the above stipulation, **IT IS HEREBY ORDERED** that: Pursuant to Civil L.R. 39-141, the parties shall be permitted to file their confidential settlement agreement under seal and the Clerk shall seal the parties' confidential settlement agreement.


Dated: 12/5/2008                    /s/ Sandra M. Snyder
                                    HON. SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887825.1                3        PARTIES' STIP. AND [PROPOSED] ORDER
                                       TO FILE CONFID. SETTL. AGREE. UNDER
                                       SEAL – CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com