# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ENCISCO, | CASE NO. 1:08-CV-01170 LJO DLB |
| Plaintiff, | ORDER REQUIRING FURTHER EXPLANATION FOR A SEALING NEED. |
| v. | |
| PETRO-CHEMICAL TRANSPORTATION | |
| Defendants. / | |

While the Court has ordered that the settlement agreement be sealed, the Court requires further explanation of the need. Page 2, lines 9-10 is conclusory and lacks factual detail. The declaration may be filed under seal, but must be filed on or before December 19, 2008. Failure to provide the declaration will result in an order to unseal.

IT IS SO ORDERED.

**Dated:    December 5, 2008**            /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1