REBECCA EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: reisen@morganlewis.com

BRIAN LEE JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC., PETRO-CHEMICAL TRANSPORT, LLC and KENAN ADVANTAGE GROUP, INC.

JERRY N. BUDIN, State Bar No. 88539
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Tel: 209.544.3030
Fax: 209.544.3144

Attorneys for Plaintiffs
ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO-CHEMICAL TRANSPORTATION, INC.; PETRO-CHEMICAL TRANSPORTATION, LLC; KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:08-CV-01170-LJO-DLB<br><br>**PARTIES' STIPULATION AND ORDER APPROVING CONFIDENTIAL SETTLEMENT AGREEMENT**<br><br>Dept.:    4<br>Judge:   Hon. Lawrence J. O'Neill |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20927519.1

STIPULATION AND [PROPOSED] ORDER
APPROVING CONF. SETTL. AGREEMENT
CASE NO. 1:08-CV-01170-LJO-DLB

1   WHEREAS, Plaintiff Enrique Encisco brought this action pursuant to the Fair Labor Standards Act ("FLSA") for unpaid overtime compensation;

WHEREAS, the parties have negotiated a confidential settlement of the Plaintiff's action;

WHEREAS, under the FLSA, the parties must submit the settlement agreement to the Court for its review and approval before this action can be dismissed (*See Lynn's Food Store, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982));

THEREFORE, the parties, by and through their attorneys of record, hereby submit as Exhibit A the confidential settlement agreement under seal, pursuant to the to the Court's December 5, 2008, Order to File Settlement Agreement Under Seal, and respectfully request the Court's approval of the confidential settlement agreement.

Dated:  December 9, 2008          MORGAN, LEWIS & BOCKIUS LLP

By:  /s/  Brian L. Johnsrud
Brian Lee Johnsrud
Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC.,
PETRO-CHEMICAL TRANSPORT, LLC
and KENAN ADVANTAGE GROUP, INC.

Dated:  December 9, 2008          LAW OFFICE OF JERRY BUDIN

By:  /s/  Jerry Budin
Jerry Budin
Attorney for Plaintiff
ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated

## **ORDER**

Having reviewed the parties' confidential settlement agreement attached as Exhibit A, and GOOD CAUSE APPEARING therefor, **IT IS HEREBY ORDERED** that the parties' confidential settlement agreement is approved.

Dated: December 15 2008           _/s/ Lawrence J. O'Neill_____
HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20927519.1          2          STIPULATION AND [PROPOSED] ORDER
APPROVING CONF. SETTL. AGREEMENT
CASE NO. 1:08-CV-01170-LJO-DLB

1
2
3
4
5
6
7
8
9
10
11
12
13
14

# EXHIBIT "A"
# FILED UNDER SEAL

15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20927519.1        3    STIPULATION AND [PROPOSED] ORDER
                           APPROVING CONF. SETTL. AGREEMENT
                           CASE NO. 1:08-CV-01170-LJO-DLB