REBECCA EISEN, State Bar No. 96129
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: reisen@morganlewis.com

BRIAN LEE JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
PETRO-CHEMICAL TRANSPORT, INC., PETRO-CHEMICAL TRANSPORT, LLC and KENAN ADVANTAGE GROUP, INC.

JERRY N. BUDIN, State Bar No. 88539
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Tel: 209.544.3030
Fax: 209.544.3144

Attorneys for Plaintiffs
ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| ENRIQUE ENCISCO, individually and on behalf of all others similarly-situated, <br><br> Plaintiff, <br><br> vs. <br><br> PETRO-CHEMICAL TRANSPORTATION, INC.; PETRO-CHEMICAL TRANSPORTATION, LLC; KENAN ADVANTAGE GROUP, INC. and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 1:08-CV-01170-LJO-DLB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> F.R.C.P. 41(A)(1) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887845.1

STIPULATION OF DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties to this action, and their
2  designated counsel, that the above-captioned action, including all causes of action against all
3  Defendants, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil
4  Procedure 41(a)(1).

5
6  Dated: November _____, 2008            PETRO-CHEMICAL TRANSPORT, INC.,
                                          PETRO-CHEMICAL TRANSPORT, LLC and
7                                         KENAN ADVANTAGE GROUP, INC.
8
9                                         By _____
                                          Jacqueline Musacchia, Vice President and
10                                        General Counsel

11 Dated: November _____, 2008            MORGAN, LEWIS & BOCKIUS LLP
12
13
14                                        By _____
                                          Brian L. Johnsrud
15                                        Attorneys for Defendants
                                          PETRO-CHEMICAL TRANSPORT, INC.,
16                                        PETRO-CHEMICAL TRANSPORT, LLC
                                          and KENAN ADVANTAGE GROUP,
17                                        INC.

18 Dated: November _____, 2008            LAW OFFICE OF JERRY BUDIN
19
20                                        By _____
                                          Jerry Budin
21                                        Attorney for Plaintiff
                                          ENRIQUE ENCISCO, individually and on
22                                        behalf of all others similarly-situated

23 Dated: November _____, 2008            ENRIQUE ENCISCO
24
25
26                                        By _____
                                          Enrique Encisco
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887845.1                           2          STIPULATION OF DISMISSAL WITH
                                                    PREJUDICE OF ENTIRE ACTION
                                                    CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

The Court having considered the stipulation of the parties, and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED**.

Dated: December 22, 2008      /s/ LAWRENCE J. O'NEILL
                              HON. LAWRENCE J. O'NEILL
                              UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20887845.1                             3                    STIPULATION OF DISMISSAL WITH
                                                                PREJUDICE OF ENTIRE ACTION
                                                                CASE NO. 1:08-CV-01170-LJO-DLB

PDF created with pdfFactory trial version www.pdffactory.com